# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| LEONID SHIFRIN ) | Bankruptcy No. 12-22722 MER |
| ) | |
| Debtor(s). ) | |
| _____ ) | |
| ) | |
| HARVEY SENDER, as Chapter 7 Trustee, ) | |
| ) | Adversary Proceeding No. 14-01284 MER |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MOVERS CONNECTION INC., and ) | |
| SOFIA SHIFRIN ) | |
| Defendant. ) | |

## NOTICE OF MOTION TO WITHDRAW THE REFERENCE

Movant Movers Connections, Inc., and Sofia Shifrin, by and through their counsel, Valdimir Shifrin, filed a Motion to Withdraw the Reference to the U.S. District Court for the Adversary Proceeding and Request for Jury Trial Pursuant to Fed.R.Bankr.P.5011. Within Fourteen (14) days after being served with a copy of the Motion for Withdrawal of the Reference, a party may file with the Clerk of Court and serve on all affected parties, an objection to the Motion and a designation of any additional portions of the record for the District Court's determination of the Motion. The Movant will have seven (7) days after service of any such objection within which to file a reply. The record may be supplemented by additional portions of the record as determined by the bankruptcy judge. The matter may thereupon by transmitted to the District Court for consideration.

Dated: 7/16/2014

                                                                                    Kenneth S. Gardner, Clerk

                                                                                    <u>By M.Jill Patuto</u>
                                                                                     Appeals Deputy