# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re ) | |
| ) | Case No. 12-22722-MER |
| LEONID SHIFRIN, ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| ) | |

## ORDER AUTHORIZING RULE 2004 EXAMINATIONS

THIS MATTER is before the Court on the Trustee's Motion for Order Authorizing Rule 2004 Examinations (the "Motion") in the above-captioned matter. The Court, having reviewed the Motion and the file in this matter, finds cause exists to grant the Motion.

IT IS THEREFORE ORDERED that the Court allows the taking of the depositions and production of documents as more fully-described in the Motion and that the parties shall produce the documents requested by the Trustee within fourteen days of being served with a subpoena duces tecum and document request, and that all parties and witnesses shall thereafter cooperate with the Trustee with respect to the scheduling of any depositions.

IT IS FURTHER ORDERED that the Trustee is authorized to serve a Rule 2004 subpoena duces tecum on the Office of the Colorado Attorney General to obtain documents, records and information in the possession of that office related to *The State of Colorado, ex rel. John Suthers v. Leonid Shifrin, Mortgage Planning and Lending Specialists, Ltd., Wholesale Mortgage Lending, LLC, CBA, Inc., Mortgage Processing Group, Inc., and Shifrin, Inc.*, Case No. 08CV1047.

IT IS FURTHER ORDERED that to the extent any Rule 2004 examination is conducted by the Trustee of the following individuals and entities, that the Office of the Colorado Attorney General, in its capacity as a judgment creditor and party in interest in this case, is authorized to participate fully in any such examination and that any such Rule 2004 examination of the following individuals or entities may be noticed and conducted to be a joint examination conducted by the Trustee and the Office of the Colorado Attorney General:

  a. Elizabeth Shifrin;
  b. Mortgage Planning and Lending Specialists, Ltd.;
  c. Wholesale Mortgage Lending, LLC;
  d. Shifrin, Inc.;
  e. CBA, Inc.;
  f. Glasgow Inc.;
  g. Glasgow Sales Inc., d/b/a American Home Funding, Inc.;
  h. Colonial Financial Inc.;
  i. USWSL Group Inc.;
  j. USXLP Inc.;
  k. 67th Avenue Inc.;
  l. 67th Inc.;
  m. Mark Shifrin;
  n. Sofia Shifrin;
  o. Qilly Shifrin, a/k/a Qilly Yankovitch, a/k/a Qilly Rinehart;
  p. Vladimir Shifrin;
  q. Susan Yankovitch;
  r. Nichole Scena;
  s. Oai Luong;
  t. Eric Sheldon;
  u. Derrick Strauss;
  v. Jason Price;
  w. David Price;
  x. Jerry Johnson;
  y. Tim Hester;
  z. Brett Baird;
  aa. Valerie Frisley; and
  bb. Mile High Banks.

The Trustee if further authorized to pursue Rule 2004 examinations and obtain document productions of prior professionals retained to provide services on behalf of the Debtor or any of the above identified entities affiliated with the Debtor, and individuals identified to be in

physical possession and renting real estate that is owned by the Debtor or any of the above-identified entities or individuals affiliated with the Debtor.

    SO ORDERED this __8th__ day of _November_, 2012.

                                                                                      United States Bankruptcy Judge