# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| LEONID SHIFRIN, ) | |
| ) | Case No. 12-22722 MER |
| Debtor. ) | Chapter 7 |
| ) | |
| ) | |
| ) | |
| HARVEY SENDER, Chapter 7 Trustee ) | |
| ) | Adv. Proc. No. 14-1284-MER |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| MOVERS CONNECTION INC., FATHER ) | |
| AND SONS MOVERS INC., KRIS ) | |
| MARTINEZ, MICHAEL SARRIS, ERIC ) | |
| SHELDON, MICHAEL DUPREE and ) | |
| SOFIA SHIFRIN ) | |
| ) | |
| Defendants. ) | |

## TRUSTEE'S DESIGNATION OF RECORD

Harvey Sender, Chapter 7 Trustee for the bankruptcy estate of Leonid Shifrin (the "Trustee), pursuant to Fed. R. Bankr. P. 5011(a) and L.B.R. 5011-1, for his Designation of Record, states:

### DESIGNATED RECORD ITEMS

1. Complaint dated June 13, 2014, Case No. 14-1293-MER, docket entry number 1.

2. Complaint dated June 13, 2014, Case No. 14-1283-MER, docket entry number 1.

3. Complaint dated June 13, 2014, Case No. 14-1284-MER, docket entry number 1.

DOCS-#4274768-v1

4. Complaint dated June 13, 2014, Case No. 14-1297-MER, docket entry number 1.

5. Complaint dated March 31, 2014, Case No. 14-1169-MER, docket entry number 1.

6. Defendant's Motion for Withdrawal of Reference dated July 14, 2014, Case No. 14-1297, docket entry number 8.

7. Defendant's Motion for Withdrawal of Reference dated July 14, 2014, Case No. 14-1293, docket entry number 8.

8. Defendants' Motion for Withdrawal of Reference dated July 14, 2014, Case No. 14-1284, docket entry number 11.

9. Defendant's Motion for Withdrawal of Reference dated July 14, 2014, Case No. 14-1284, docket entry number 13.

10. Defendant's Motion for Withdrawal of Reference dated July 14, 2014, Case No. 14-1283, docket entry number 13.

11. Defendants' Motion for Withdrawal of Reference dated July 14, 2014, Case No. 14-1283, docket entry number 15.

12. Order Granting Motion for 2004 Examination Of Office of the Colorado Attorney General and Various Individuals and Entities dated November 8, 2012, Case No. 12-22722-MER, docket entry number 38.

13. Procedural Order No. 1 for Joint Administration of Pending Adversaries for Purposes of Fed. R. Bankr. P. 7016 dated July 1, 2014, Case No. 12-22722-MER, docket entry number 260.

Dated this 28th day of July, 2014.

        Respectfully submitted,

        LINDQUIST & VENNUM LLP

        By:    */s/ Stephanie A. Kanan*
              John C. Smiley, #16210
              Kirstin D. Kanski, #0346676 (MN)
              Stephanie A. Kanan, #42437
        600 17th Street, Suite 1800 South
        Denver, CO 80202-5441
        Telephone: (303) 573-5900
        Facsimile: (303) 573-1956
        Email: jsmiley@lindquist.com
              kkanski@lindquist.com
              skanan@lindquist.com

        *Attorneys for Harvey Sender, Chapter 7 Trustee*

DOCS-#4274768-v1

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on July 28, 2014, a true and correct copy of the foregoing **TRUSTEE'S DESIGNATION OF RECORD** was served via U.S. Mail, first class postage prepaid, addressed to the following:

Vladimir Shifrin
420 Kendall Court, No. 426
Castle Pines, CO 80108

Movers Connection Inc.
3751 Revere Street
Denver, CO 80239

Father and Sons Movers, Inc.
17011 Lincoln Avenue
Parker CO, 80134

Michael Sarris
6395 E. Minnesota Drive
Denver, CO 80224

Kris Martinez
17075 Carlson Dr. Apt. 1124
Parker, CO 80134

Kris Martinez
17011 Lincoln Avenue #372
Parker CO 80134

Kris Martinez
16916 Molina Place
Parker, CO 80134

Sofia Shifrin
11692 East Baltic Place
Aurora, CO 80014

Eric Sheldon
9394 E. Atlantic Place
Denver, CO 80231

Eric Sheldon
930 Sherman Street, #4
Denver, CO 80203

DOCS-#4274768-v1

Michael Dupree
8940 Lilly Street
Thornton, CO 80229

                                                      */s/ Brandon Blessing*
                                                      Brandon Blessing