UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
BYRON WHITE UNITED STATES COURTHOUSE
DENVER, COLORADO 80294

RICHARD P. MATSCH　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(303) 844-4627
SENIOR DISTRICT JUDGE　　　　　　　　　　　　　　　　　　　　　　　　　　　FAX (303) 335-2311

October 1, 2014

## MEMORANDUM

TO:　　　　Jeffrey P. Colwell, Clerk
　　　　s/rpm
FROM:　　Judge Matsch

RE:　　　　Civil Action No.　　14-cv-02685-RPM
　　　　　　　　　　　　　　　　In re: Shifrin, Debtor


　　　　Exercising my prerogative as a senior judge, I request that the referenced case be reassigned.