IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-CV-02685

HARVEY SENDER, as Chapter 7 Trustee,

    Plaintiff,

v.

MOVERS CONNECTION INC., FATHER AND SONS MOVERS INC., KRIS MARTINEZ, MICHAEL SARRIS, ERIC SHELDON, MICHAEL DUPREE and SOFIA SHIFRIN,

    Defendants.

## STATUS REPORT

Harvey Sender, as Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Leonid Shifrin (the "Debtor"), Case No. 12-22722 MER, pending in the United States Bankruptcy Court for the District of Colorado, by and through undersigned counsel, for his Status Report ("Status Report"), states:

1. On September 30, 2014, Chief Judge Romero of the United States Bankruptcy Court for the District of Colorado ordered the clerk to refer Defendants Michael Dupree ("Dupree"), Movers Connection, Inc. ("Movers Connection"), and Sofia Shifrin ("Shifrin") (collectively, the "Defendants") Motion for Withdrawal of Reference ("Motion for Withdrawal") to the United States District Court for the District of Colorado. *See* Dkt. Nos. 3, 4, and 5.

2. On April 29, 2015, the Court denied the Defendants Motion for Withdrawal and administratively closed this action pursuant to D.C.COLO.LCivR 41.2. *See* Dkt. No. 16.

DOCS-#4976019-v1

3. On November 12, 2015, in Case No. 14-CV-02690, the Court ordered the parties to file a joint status report on or before November 20, 2015. *See* Dkt. No. 12; Case No. 14-CV-02690.

4. As of this date, good cause does not exist to reopen this case. A trial date has not been set in *Sender v. Shifrin et al* Adv. Pro. 14-1284 MER, and, pursuant to the discovery schedule as set forth in Complex Case No. 14-9991 MER, discovery cutoff is March 7, 2016 and dispositive motions are due on September 14, 2016. *See* **Exhibit A**. Consideration of a request for withdrawal of the reference therefore remains premature.

5. The Trustee attempted to confer with counsel for Movers Connection and Shifrin, but did not receive any response. The Trustee does not have contact information to confer with Dupree, who is not represented by counsel, nor has Dupree made any attempt to contact the Trustee.

WHEREFORE, the Trustee respectfully submits this Status Report, and requests entry of orders as deemed appropriate.

Dated this 20th day of November, 2015.

                                            **LINDQUIST & VENNUM LLP**

                                            By:   /s/ *Stephanie A. Kanan*
                                                    John C. Smiley, #16210
                                                    Kirstin D. Kanski, #0346676 (MN)
                                                    Stephanie A. Kanan, #42437
600 17th Street, Suite 1800 South
Denver, Colorado 80202-5441
Telephone: (303) 573-5900
Facsimile: (303) 573-1956
E-mail: jsmiley@lindquist.com
E-mail: kkanski@lindquist.com
E-mail: skanan@lindquist.com

*Counsel for Harvey Sender, as Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 20, 2015, a true and correct copy of the foregoing **STATUS REPORT** was served via U.S. Mail, first class postage prepaid, addressed to the following parties:

Vladimir Shifrin
420 Kendall Court, No. 426
Castle Pines, CO 80108

Movers Connection Inc.
3751 Revere Street
Denver, CO 80239

Father and Sons Movers, Inc.
17011 Lincoln Avenue
Parker CO, 80134

Michael Sarris
6395 E. Minnesota Drive
Denver, CO 80224

Kris Martinez
17075 Carlson Dr. Apt. 1124
Parker, CO 80134

Kris Martinez
17011 Lincoln Avenue #372
Parker CO 80134

Kris Martinez
16916 Molina Place
Parker, CO 80134

Sofia Shifrin
11692 East Baltic Place
Aurora, CO 80014

Eric Sheldon
9394 E. Atlantic Place
Denver, CO 80231

Eric Sheldon
930 Sherman Street, #4
Denver, CO 80203

Michael Dupree
8940 Lilly Street
Thornton, CO 80229

*/s/ Brandon Blessing*
Brandon Blessing

DOCS-#4976019-v1