# Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORDO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 12-22722 MER |
| LEONID SHIFRIN, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| HARVEY SENDER, Chapter 7 Trustee | ) | |
| | ) | Complex Case No. 14-9991 MER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VARIOUS DEFENDANTS[1] | ) | |
| | ) | |

**ORDER GRANTING**
**TRUSTEE'S MOTION TO EXTEND DEADLINES**

THIS MATTER is before the Court on the Motion to Extend Deadlines (this "Motion") filed by Harvey Sender, as Chapter 7 Trustee (the "Trustee"). The Court has reviewed the Trustee's Motion and the file and is otherwise advised. It is hereby

ORDERED that the Trustee's Motion is GRANTED.

IT IS FURTHER ORDERED that the following deadlines related to fact discovery and dispositive motion practice set forth in the Order Granting Trustee's Fed. R. Civ. P. 26 Report and Motion for Entry of Pretrial Order, Dkt. # 23, are extended for six months, or as follows, with all other deadlines remaining in place:

---

[1] The Defendants and Adversary Proceeding Numbers subject to this Order are listed in **Exhibit A**, attached hereto.

DOCS-#4798490-v1

    a. <u>Expert Witnesses</u>.  The parties shall disclose expert testimony pursuant to Fed. R. Bankr. P. 7026 and Fed. R. Civ. P. 26(a)(2) on or before **April 7, 2016**, and rebuttal experts shall be designated on or before **May 9, 2016**.

    b. <u>Discovery</u>.

        i. <u>Discovery Cut Off</u>:  All fact discovery shall be completed no later than **March 7, 2016** (the "Fact Discovery Cut-Off Date").  All written discovery shall be served in sufficient time to allow a response on or before the Fact Discovery Cut-Off Date, including accounting for the Trustee's extended deadline to respond to discovery requests under Fed. R. Bankr. P. 7033 and 7036 and Fed. R. Civ. P. 33 and 36.  All expert discovery, including all depositions of expert witnesses, shall be completed no later than **June 9, 2016**.

    c. <u>Dispositive Motions</u>.  Any dispositive motions shall be filed with the Court and served on or before **September 14, 2016**.  The provisions of the Local Bankruptcy Rules apply to any dispositive motions.

Dated this <u>2nd</u> day of September, 2015.

        BY THE COURT:

        _____
        Honorable United States Bankruptcy Court Judge

# EXHIBIT A
*Sender v. Various Defendants* (*In re Leonid Shifrin*)
**Complex Case No. 14-9991 MER**

| Defendant(s) | Adversary Case Number | Amount ($) | Counsel | Earliest Pleaded Transfer | Latest Pleaded Transfer | Relevant Bankruptcy Code Provisions | Answer Filed |
|---|---|---|---|---|---|---|---|
| American Express Company, American Express Travel Related Services Company, Inc. | 14-01305-MER | 272,755.05 | Michael Holbein Paul Urtz | 6/1/2011 | 11/6/2012 | 11 U.S.C. §§ 502, 542, 544, 548, 549, 550, 551 | Yes |
| Bank of America, N.A., Bank of America Corporation. | 14-01302-MER | 33,213.08 | Jennifer Knox Stephen Rynerson | 7/16/2008 | 7/22/2011 | 11 U.S.C. §§ 502, 542, 544, 548, 550, 551 | Yes; Order Holding Case in Abeyance Entered 5/19/15 |
| Barclays Bank Delaware | 14-01308-MER | 4,823.53 | Scott Brown Chad Caby | 1/10/2011 | 4/16/2014 | 11 U.S.C. §§ 502, 542, 544, 548, 549, 550, 551 | Yes; Order Holding Case in Abeyance Entered 4/2/15 |
| BMO Harris Bank, N.A. | 14-01309-MER | 254,213.14 | Crystal Oswald Paul Urtz | 7/18/2008 | 1/10/2013 | 11 U.S.C. §§ 502, 542, 544, 548, 549, 550, 551 | No; Third Amended Complaint filed 5/1/15 |
| Brett Baird | 14-01294-MER | 4,954 | Evan Banker | 10/3/2011 | 11/4/2011 | 11 U.S.C. §§ 502, 542, 544, 548, 550, 551 | No; Order Holding Case in Abeyance Entered 12/2/14 |
| Capital One, N.A. d/b/a GM Card, Capital One Financial Corporation d/b/a Capital One Bank (USA), N.A. | 14-01310-MER | 17,633.08 | Eric Flynn Tara Elgie | 4/14/2011 | 5/15/2014 | 11 U.S.C. §§ 502, 542, 544, 548, 549, 550, 551 | Yes |

| Defendant(s) | Adversary Case Number | Amount ($) | Counsel | Earliest Pleaded Transfer | Latest Pleaded Transfer | Relevant Bankruptcy Code Provisions | Answer Filed |
|---|---|---|---|---|---|---|---|
| Citigroup Inc., Citibank, N.A. | 14-01307-MER | 42,582.48 | Justin Balser | 1/10/111 | 6/6/2013 | 11 U.S.C. §§ 502, 542, 544, 548, 549, 550, 551 | Yes; Order Holding Case in Abeyance Entered 3/19/15 |
| Cody Laderman | 14-01285-MER | 13,766 | Pro Se | 7/6/2011 | 8/26/2011 | 11 U.S.C. §§ 502, 542, 544, 548, 550, 551 | No; Default Judgment Entered 12/9/14 |
| David Price | 14-01293-MER | 1,962,272 | Pro Se | 11/9/2011 | 12/21/2012 | 11 U.S.C. §§ 502, 542, 544, 548, 549, 550, 551 | Yes |
| Discover Bank, Discover Financial Services | 14-01301-MER | 88,658.37 | Judy Thompson Christian Onsager | 6/25/2008 | 9/14/2013 | 11 U.S.C. §§ 502, 542, 544, 548, 549, 550, 551 | Yes |
| Douglas Winkler, Mile High Finance, Inc. | 14-01299-MER | 592,182.26 | Jeffrey Brinen | 6/27/2011 | 3/6/2013 | 11 U.S.C. §§ 502, 542, 544, 548, 549, 550, 551 | Yes |
| Gary Brown | 14-01296-MER | 38,470.50 | Pro Se | 12/28/2011 | 7/19/2013 | 11 U.S.C. §§ 502, 542, 544, 548, 549, 550, 551 C.R.S. §§ 38-8-105 and -106 | No; Default Judgment Entered 11/21/14 |
| GE Capital Retail Finance, GE Capital Retail Finance d/b/a Synchrony Bank, GE Capital Retail Finance d/b/a Lowes Credit Card. | 14-01303-MER | 4,599.44 | Judith Sethna | 1/19/2011 | 12/18/2012 | 11 U.S.C. §§ 502, 542, 544, 548, 549, 550, 551 | No; Order Holding Case in Abeyance Entered 12/2/14 |
| HSBC North America Holdings Inc., HSBC North America Holdings Inc., D/B/A HSBC Bank U.S.A., N.A., HSBC Card Services Inc. | 14-01304-MER | 3,174.89 | Paul Grammatico | 1/4/2011 | 10/16/2012 | 11 U.S.C. §§ 502, 542, 544, 548, 549, 550, 551 | No; Order Holding Case in Abeyance Entered 12/2/14 |

2

DOCS-#4308981-v4

| Defendant(s) | Adversary Case Number | Amount ($) | Counsel | Earliest Pleaded Transfer | Latest Pleaded Transfer | Relevant Bankruptcy Code Provisions | Answer Filed |
|---|---|---|---|---|---|---|---|
| James A. Slaughter | 14-01291-MER | 107,980 | Pro Se | 6/23/2011 | 8/16/2011 | 11 U.S.C. §§ 502, 542, 544, 548, 550, 551 | No; Default Judgment Entered 11/21/14 |
| Jason Price | 14-01289-MER | 70,150 | Pro Se | 6/26/2011 | 10/12/2011 | 11 U.S.C. §§ 502, 542, 544, 548, 550, 551 | No; Default Judgment Entered 11/21 |
| Joshua Heier | 14-01286-MER | 8,798 | Pro Se | 7/28/2011 | 8/26/2011 | 11 U.S.C. §§ 502, 542, 544, 548, 550, 551 | No; Default Judgment Entered 11/21/14 |
| JPMorgan Chase Bank, N.A.; Chase Bank USA, N.A. | 14-01311-MER | 281,066.12 | Kevin Driscoll & Craig Schuenemann | 6/27/2008 | 12/11/2012 | 11 U.S.C. §§ 502, 542, 544, 548, 549, 550, 551 | Yes |
| Konstantine Michelis | 14-01288-MER | 40,300 | Geoffrey Lindquist & Joseph Murr | 7/5/2011 | 6/4/2012 | 11 U.S.C. §§ 502, 542, 544, 548, 550, 551 | Yes; Order Holding Case in Abeyance Entered 1/16/15 |
| Manheim Remarketing, Inc. d/b/a Manheim Denver, d/b/a Manheim Littleton Colorado | 14-01306-MER | 596,445 | Neal Dunning | 4/2/2012 | 6/13/2012 | 11 U.S.C. §§ 502, 542, 547, 550 | No; Motion to Dismiss Filed 12/9/14, Hearing on 3/11/15 |
| Michael Haase | 14-01292-MER | 25,253.00 | Kimberley Tyson | 11/1/2011 | 4/26/2012 | 11 U.S.C. §§ 502, 542, 544, 548, 550, 551 | Yes |
| Movers Connection Inc., Father and Sons Movers, Inc., Kris Martinez, Michael Sarris, Eric Sheldon, Michael Dupree, Sofia Shifrin | 14-01284-MER | 490,532.93 | Vladimir Shifrin for Movers Connection Inc., Sofia Shifrin; | 6/18/2012 | 6/28/2013 | 11 U.S.C. §§ 542, 544, 548, 549, 550, 551 | Yes – Sarris, Sofia, Movers Connection |
| Oai Luong | 14-01298-MER | 34,975.13 | Pro Se | 6/22/2012 | 1/11/2013 | 11 U.S.C. §§ 502, 542, 544, 548, 549, 550, 551 C.R.S. §§ 38-8-105 and -106 | Yes; Mtn to Dismiss filed 7/15/14 |

3

| Defendant(s) | Adversary Case Number | Amount ($) | Counsel | Earliest Pleaded Transfer | Latest Pleaded Transfer | Relevant Bankruptcy Code Provisions | Answer Filed |
|---|---|---|---|---|---|---|---|
| Paul Antal | 14-01300-MER | 263,909.28 | Pro Se | 11/15/2011 | 8/28/2013 | 11 U.S.C. §§ 502, 542, 544, 548, 549, 550, 551 | No; Default Judgment Entered 11/21/14 |
| Paul Mattorano | 14-01295-MER | 18,700 | Pro Se | 3/16/12 (one transfer) | | 11 U.S.C. §§ 502, 542, 544, 548, 550, 551 | Voluntarily Dismissed on 8/25/14 |
| Qilly Shifrin, Mark Shifrin, Sofia Shifrin, Glasgow Inc., Glasgow Sales, Inc., USWSL Group, Inc., USXLP Inc., 67th Avenue Inc., 67th Inc., Father and Sons Moving, 67th Avenue Movers, Inc., 67th Avenue Logistics, Inc. | 14-01283-MER | 2,085,519.90 | Vladimir Shifrin for Mark Shifrin, Sofia Shifrin, Glasgow Inc. | 6/20/2011 | 9/13/2013 | 11 U.S.C. §§ 502, 542, 544, 548, 549, 550, 551 | Yes – Vlad for Sofia, Mark, Glasgow Inc., & USWSL only<br><br>Yes - Qilly Pro Se |
| Susan Yankovich | 14-01297-MER | 30,121.33 | Pro Se | 4/23/2013 | 1/31/2014 | 11 U.S.C. §§ 502, 542, 544, 548, 549, 550, 551 C.R.S. §§ 38-8-105 and -106 | Yes |
| William Edwards | 14-01290-MER | 33,022.40 | Pro Se | 6/23/2011 | 1/23/2012 | 11 U.S.C. §§ 502, 542, 544, 548, 550, 551 | No; Order Holding Case in Abeyance Entered 1/16/15 |

4

DOCS-#4308981-v4