IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-CV-02685

HARVEY SENDER, as Chapter 7 Trustee,

    Plaintiff,

v.

MOVERS CONNECTION INC., FATHER AND SONS MOVERS INC., KRIS MARTINEZ, MICHAEL SARRIS, ERIC SHELDON, MICHAEL DUPREE and SOFIA SHIFRIN,

    Defendants.

## STATUS REPORT

Harvey Sender, as Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Leonid Shifrin (the "Debtor"), Case No. 12-22722 MER, pending in the United States Bankruptcy Court for the District of Colorado (the "Bankruptcy Court"), by and through undersigned counsel, for his Status Report ("Status Report") related to the following related adversary proceedings pending before the Bankruptcy Court: Nos. 14-cv-1284; 14-cv-2690; 14-cv-2691; 14-cv-2693, states:

    1.    On September 30, 2014, Chief Judge Michael E. Romero of the United States Bankruptcy Court for the District of Colorado ordered the clerk to refer Defendants Michael Dupree ("Dupree"), Movers Connection, Inc. ("Movers Connection"), and Sofia Shifrin ("Shifrin") (collectively, the "Defendants") Motion for Withdrawal of Reference ("Motion for Withdrawal") to the United States District Court for the District of Colorado. *See* Dkt. Nos. 3, 4, and 5.

2. On April 29, 2015, the Court denied the Defendants' Motion for Withdrawal and administratively closed this action pursuant to D.C.COLO. L. Civ. R. 41.2. *See* Dkt. No. 16. In its order, the Court ordered the parties to file a joint status report every six months.

3. The parties filed their last status report on May 20, 2016.

4. The underlying bankruptcy proceedings in this litigation matter and along with all related cases are administratively consolidated for discovery and all pretrial proceedings. *See Sender v. Various Defendants*, Bankr. Case No. 14-09991-MER (Doc. #23.) This matter is one of originally thirty related adversary proceedings that were commenced by the Trustee. At this time, twenty-five of the original thirty adversary proceedings are closed. However, there remain five related adversary proceedings that involve overlapping and similar factual and legal issues that are proceeding before the Bankruptcy Court in a coordinated approach for all pre-trial purposes. Dispositive motion practice has occurred in all matters where the Trustee brought dispositive motions. None of the remaining five related adversary proceedings, including this case, were resolved by dispositive motion practice.

5. In this Court's Order dated April 29, 2015, this Court held that this matter should be withdrawn to the United States District Court if (and when) it is trial ready. Although discovery and dispositive motion practice has concluded in the remaining five related adversary proceedings, the Trustee will be requesting that the Bankruptcy Court refer the remaining matters to mediation or move forward in noticing pretrial conferences before the Bankruptcy Court on those matters where trial will be required.

6. As of this date, because no pretrial conference has been conducted yet on the remaining cases, good cause does not exist to reopen this case. A trial date has not been set in any

of the underlying bankruptcy cases and therefore this case is not trial ready at this juncture. Consideration of a request for withdrawal of the reference therefore remains premature.

7. The only two parties that remain named defendants in this proceeding are Sofia Shifrin and Michael Dupree.

8. The Trustee did not confer with counsel for Sofia Shifrin prior to filing this report due to its timing and deadline.

9. The Trustee does not have contact information to confer with Michael Dupree, who is not represented by counsel, nor has Dupree actively defended the underlying litigation or made any attempt to contact the Trustee.

WHEREFORE, the Trustee respectfully submits this Status Report, and requests that this matter remain administratively closed pending further proceedings in the Bankruptcy Court.

Dated this 26th day of May, 2017.

**LINDQUIST & VENNUM LLP**

By: ___/s/ *Kirstin D. Kanski*___
    John C. Smiley, #16210
    Kirstin D. Kanski, #0346676 (MN)
600 17th Street, Suite 1800 South
Denver, Colorado 80202-5441
Telephone: (303) 573-5900
Facsimile: (303) 573-1956
E-mail: jsmiley@lindquist.com
E-mail: kkanski@lindquist.com

*Counsel for Harvey Sender, as Chapter 7 Trustee*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 26, 2017, a true and correct copy of the foregoing **STATUS REPORT** was served via U.S. Mail, first class postage prepaid, addressed to the following parties:

Vladimir Shifrin, Esq.
10570 Parkington Lane 32D
Highlands Ranch, CO 80126

Kris Martinez
17075 Carlson Dr., Apt. 1124
Parker, CO 80134

Michael Dupree
8940 Lilly Street
Thornton, CO   80229

Kris Martinez
16916 Molina Pl.
Parker CO  80134

Michael Dupree
3751 Revere St.
Denver, CO  80239

Eric Sheldon
9394 E. Atlantic Place
Denver, CO  80231

Father and Sons Movers, Inc.
17011 Lincoln Ave.
Parker, CO  80134

Michael Sarris
6395 E. Minnesota Drive
Denver, CO  80224

Movers Connection Inc.
3751 Revere Street
Denver, CO 80239

Dudley Morton, Esq.
Dill Dill Carr Stonbraker Hutchings
455 Sherman St., #300
Denver, CO  80203

Father and Sons Movers, Inc.
Registered Agent The Company Corporation
2711 Centerville Rd. Suite 400
Wilmington, DE 19808

*s/ Brandon Blessing*
Brandon Blessing