IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-CV-02685

HARVEY SENDER, as Chapter 7 Trustee,

    Plaintiff,

v.

MOVERS CONNECTION INC., FATHER AND SONS MOVERS INC., KRIS MARTINEZ, MICHAEL SARRIS, ERIC SHELDON, MICHAEL DUPREE and SOFIA SHIFRIN,

    Defendants.

## STATUS REPORT

Harvey Sender, as Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Leonid Shifrin (the "Debtor"), Case No. 12-22722 MER, pending in the United States Bankruptcy Court for the District of Colorado (the "Bankruptcy Court"), by and through undersigned counsel, for his Status Report ("Status Report") related to the following related cases pending before this United States District Court: Nos. 14-cv-2685 (relating to Bankruptcy Court Adversary Case No. 14-cv-1284); 14-cv-2690 (relating to Bankruptcy Court Adversary Case No. 14-cv-1293, David Price); 14-cv-2691 (relating to Bankruptcy Court Adversary Case No. 14-01283, Qilly Shifrin et al.); 14-cv-2693 (relating to Bankruptcy Court Adversary Case No. 14-01297, Susan Yankovich), states:

1. On September 30, 2014, Chief Judge Michael E. Romero of the United States Bankruptcy Court for the District of Colorado ordered the clerk to refer Defendants Michael Dupree ("Dupree"), Movers Connection, Inc. ("Movers Connection"), and Sofia Shifrin

DOCS-#6102539-v1

("Shifrin") (collectively, the "Defendants") Motion for Withdrawal of Reference ("Motion for Withdrawal") to the United States District Court for the District of Colorado.  *See* Dkt. Nos. 3, 4, and 5.

2. On April 29, 2015, the Court denied the Defendants' Motion for Withdrawal and administratively closed this action pursuant to D.C.COLO. L. Civ. R. 41.2.  *See* Dkt. No. 16. In its order, the Court ordered the parties to file a joint status report every six months.

3. The parties filed their last status report on May 26, 2017.

4. The underlying bankruptcy proceedings in this litigation matter and along with all related cases are administratively consolidated for discovery and all pretrial proceedings.  *See Sender v. Various Defendants, Bankr. Case No. 14-09991-MER* (Doc. #23.)  This matter is one of originally thirty related adversary proceedings that were commenced by the Trustee.  At this time, twenty-eight of the original thirty adversary proceedings are closed.

5.  In this Court's Order dated April 29, 2015, this Court held that this matter should be withdrawn to the United States District Court if (and when) it is trial ready.

6. On July 27, 2017, the Trustee moved to dismiss the underlying adversary action commenced against Susan Yankovich. (Adv. Case. 14-01297, Dkt. #100.)

7. On July 31, 0217, the Bankruptcy Court entered an order dismissing the underlying adversary action against Susan Yankovich and administratively closed the case on August 16, 2017.  (Adv. Case. 14-01297, Dkt. #101.)

8. Because the underlying bankruptcy case has been dismissed and closed, the motion to withdraw the reference is moot.

9. The Trustee requests that this case be finally and administratively closed.

10.     WHEREFORE, the Trustee respectfully submits this final Status Report, and requests that this matter be dismissed and administratively closed.

Dated this 27th day of November, 2017.

**LINDQUIST & VENNUM LLP**

By:   /s/ *Kirstin D. Kanski*
        John C. Smiley, #16210
        Kirstin D. Kanski, #0346676 (MN)
600 17th Street, Suite 1800 South
Denver, Colorado 80202-5441
Telephone: (303) 573-5900
Facsimile: (303) 573-1956
E-mail: jsmiley@lindquist.com
E-mail: kkanski@lindquist.com

*Counsel for Harvey Sender, as Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on November 27, 2017, a true and correct copy of the foregoing **STATUS REPORT** was served via U.S. Mail, first class postage prepaid, addressed to the following parties:

Vladimir Shifrin, Esq.
10570 Parkington Lane 32D
Highlands Ranch, CO 80126

Michael Dupree
8940 Lilly Street
Thornton, CO   80229

Michael Dupree
3751 Revere St.
Denver, CO  80239

Father and Sons Movers, Inc.
17011 Lincoln Ave.
Parker, CO  80134

Movers Connection Inc.
3751 Revere Street
Denver, CO 80239

Father and Sons Movers, Inc.
Registered Agent The Company Corporation
2711 Centerville Rd. Suite 400
Wilmington, DE 19808

Kris Martinez
17075 Carlson Dr., Apt. 1124
Parker, CO 80134

Kris Martinez
16916 Molina Pl.
Parker CO  80134

Eric Sheldon
9394 E. Atlantic Place
Denver, CO  80231

Michael Sarris
6395 E. Minnesota Drive
Denver, CO  80224

Dudley Morton, Esq.
Dill Dill Carr Stonbraker Hutchings
455 Sherman St., #300
Denver, CO  80203

             *s/ Brandon Blessing*
              Brandon Blessing

DOCS-#6102539-v1